JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

KYLE F. WALDINGER (ILSB 6238304)
Assistant United States Attorney

    450 Golden Gate Avenue, 11th Floor
    San Francisco, California 94102
    Telephone: (415) 436-6830
    Facsimile: (415) 436-7234
    E-mail: kyle.waldinger@usdoj.gov

Attorneys for Plaintiff

RECEIVED
APR 19 2010
Richard W. Wieking
Clerk, U.S. District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 10-0156 SI |
|     Plaintiff, | |
| v. | STIPULATION AND [PROPOSED] ORDER DOCUMENTING EXCLUSION OF TIME |
| JEANIE SEE CUSING, | |
|     Defendant. | |

    With the agreement of the parties in open court on April 14, 2010, and with the consent of the defendant Jeanie Cusing ("defendant"), the Court enters this order (1) setting a hearing before the Honorable Susan Illston on April 30, 2010, at 11:00 a.m.; and (2) documenting the exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161, from April 14, 2010, to April 30, 2010. The Court finds and holds as follows:

    1.     The defendant appeared before the Court on April 14, 2010 for her initial appearance and arraignment on the Indictment. Attorney Randy Sue Pollock was appointed to represent the defendant. At the appearance on April 14, the Court scheduled the defendant's first appearance before the assigned district court judge, the Honorable Susan Illston, for April 30, 2010 at 11:00 a.m.

    2.     At the hearing on April 14, 2010, government counsel stated that the

STIP. & [PROPOSED] ORDER DOCUMENTING
EXCLUSION OF TIME [CR 10-0156 SI]

1  government would be producing discovery to the defense in advance of the April 30
2  hearing. Counsel for the defendant will need time to review this discovery and to
3  investigate the case. Continuing the defendant's appearance until April 30, 2010 will
4  give the defense an opportunity to accomplish this objective.
5       3.   The Court finds that, taking into the account the public interest in the
6  prompt disposition of criminal cases, granting the continuance until April 30, 2010 is
7  necessary for effective preparation of defense counsel. See 18 U.S.C.
8  § 3161(h)(7)(B)(iv). Given these circumstances, the Court finds that the ends of justice
9  served by excluding the period from April 14, 2010 to April 30, 2010 outweigh the best
10 interest of the public and the defendant in a speedy trial. Id. § 3161(h)(7)(A).
11       4.   Accordingly, and with the consent of the defendant Cusing, the Court (1)
12 sets a hearing on April 30, 2010, at 11:00 a.m. before the Honorable Susan Illston; and
13 (2) orders that the period from April 14, 2010 to April 30, 2010 be excluded from Speedy
14 Trial Act calculations under 18 U.S.C. §§ 3161(h)(1)(D) and 3161(h)(7)(A) and (B)(iv)
15 with respect to the defendant Cusing.
16 SO STIPULATED.
17 DATED:    April 19, 2010                JOSEPH P. RUSSONIELLO
                                           United States Attorney
18
19
                                           /s/
20                                         KYLE F. WALDINGER
                                           Assistant United States Attorney
21
22 DATED:    April 19, 2010                /s/
                                           RANDY SUE POLLOCK
23                                         Attorney for defendant Jeanie Cusing
24
25 IT IS SO ORDERED.
26 DATED:    April 29, 2010
                                           BERNARD ZIMMERMAN
27                                         United States Magistrate Judge
                                           NANDOR VADAS
28

STIP. & [PROPOSED] ORDER DOCUMENTING
EXCLUSION OF TIME [CR 10-0156 SI]    -2-