1 JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney
2
BRIAN J. STRETCH (CSBN 163973)
3 Chief, Criminal Division

4 KYLE F. WALDINGER (ILSB 6238304)
Assistant United States Attorney
5
   450 Golden Gate Avenue, 11th Floor
6    San Francisco, California 94102
   Telephone: (415) 436-6830
7    Facsimile: (415) 436-7234
   E-mail: kyle.waldinger@usdoj.gov
8
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 10-0156 SI |
|    Plaintiff, | ) ) | |
| v. | ) ) | STIPULATION AND [PROPOSED] ORDER DOCUMENTING |
| JEANIE SEE CUSING, | ) ) | EXCLUSION OF TIME |
|    Defendant. | ) ) ) | |

     With the agreement of the parties in open court on April 30, 2010, and with the consent of the defendant Jeanie Cusing ("defendant"), the Court enters this order (1) setting a hearing on June 18, 2010, at 11:00 a.m.; and (2) documenting the exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161, from April 30, 2010 to June 18, 2010. The Court finds and holds as follows:

     1.     The parties appeared before the Court on April 30, 2010. At that appearance, defense counsel informed the Court that they had recently been retained to represent the defendant and had just obtained the discovery that had been produced to date by the government. In addition, the Court was advised that counsel for the United States would be out of the office for much of the month of May.

     2.     Counsel for the defendant needs time to review the discovery that has been

STIP. & [PROPOSED] ORDER DOCUMENTING
EXCLUSION OF TIME [CR 10-0156 SI]

provided and to investigate the case. Continuing the defendant's appearance until June 18, 2010 will give the defense an opportunity to accomplish this objective.

3. The Court finds that, taking into the account the public interest in the prompt disposition of criminal cases, granting the continuance until June 18, 2010 is necessary for effective preparation of defense counsel, and for continuity of government counsel. See 18 U.S.C. § 3161(h)(7)(B)(iv). Given these circumstances, the Court finds that the ends of justice served by excluding the period from April 30, 2010 to June 18, 2010 outweigh the best interest of the public and the defendant in a speedy trial. Id. § 3161(h)(7)(A).

4. Accordingly, and with the consent of the defendant, the Court (1) sets a hearing on June 18, 2010, at 11:00 a.m.; and (2) orders that the period from April 30, 2010 to June 18, 2010 be excluded from Speedy Trial Act calculations under 18 U.S.C. §§ 3161(h)(1)(D) and 3161(h)(7)(A) and (B)(iv).

SO STIPULATED.

DATED: May 5, 2010

JOSEPH P. RUSSONIELLO
United States Attorney

_____/s/_____
KYLE F. WALDINGER
Assistant United States Attorney

DATED: May 5, 2010

_____/s/_____
JAMES A. BUSTAMANTE
JOHN D. FORSYTH
Attorneys for defendant Jeanie Cusing

IT IS SO ORDERED.

DATED: May ____, 2010

_____
SUSAN ILLSTON
United States District Judge

STIP. & [PROPOSED] ORDER DOCUMENTING
EXCLUSION OF TIME [CR 10-0156 SI]    -2-