~~PROPOSED~~ ORDER/COVER SHEET

| | |
|---|---|
| **TO:** Honorable Bernard Zimmerman<br>U.S. Magistrate Judge | **RE:** Jeanie CUSING |
| **FROM:** Roy Saenz, Chief<br>U.S. Pretrial Services Officer | **DOCKET NO.:** CR10-0156 SI |
| **DATE:** May 19, 2010 | |

THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:

| | |
|---|---|
| Richelle Bracamonte | (510) 637-3755 |
| U.S. PRETRIAL SERVICES OFFICER ASSISTANT | TELEPHONE NUMBER |

We are requesting direction from the Court. Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

☐ I have reviewed the information that you have supplied. I do not believe that this matter requires any action by this Court at this time.

☐ Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. _____ on _____ at _____.

☐ Inform all parties concerned that a Bail Review Hearing will be conducted by:
Magistrate Judge _____ Presiding District Court Judge _____

☒ I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

☒ Modification(s)   The following conditions be deleted from defendant's bond:

A. The defendant shall not use or possess any narcotic or other controlled substance without a legal prescription; and

B. The defendant shall not possess any firearm, destructive device or other dangerous weapons.

☐ Bail Revoked/Bench Warrant Issued.

☒ I am returning the signed order and direct that a copy be provided to the Court file and all interested parties (AUSA and Defense Counsel).

☐ Other Instructions:

_IT IS SO ORDERED_
_[Signed] Judge Bernard Zimmerman_
JUDICIAL OFFICER

May 25, 2010
DATE

**NO OPPOSITION RECEIVED, SO ORDERED.**

Cover Sheet (06/02/08)