UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

    v.

JEANIE SEE CUSING,

    Defendant.
_____/

NO. 3:10-CR-00156-SI

STIPULATION AND [PROPOSED] ORDER MODIFYING CONDITIONS OF PRETRIAL RELEASE

THE UNDERSIGNED PARTIES HEREBY STIPULATE AND AGREE that conditions of pretrial release for defendant JEANIE SEE CUSING be modified to allow her to travel outside the Northern District of California, but within the State of California. All other conditions of release are to remain the same. Pretrial Services Officer Joshua M. Libby advised that Jeanie Cusing has been in full compliance with her conditions of release and that he has no objection to the requested modification.

/S/JAMES BUSTAMANTE
JAMES BUSTAMANTE
Attorney for Defendant CUSING
Dated: August 13, 2010

/S/KYLE F. WALDINGER
KYLE F. WALDINGER
Assistant U.S. Attorney
Dated: August 13, 2010

**IT IS SO ORDERED.**

Dated: 13 Aug 2010

BERNARD ZIMMERMAN
U.S. Magistrate Judge