FILED
JAN 7 2011
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JEANIE SEE CUSING,

    Defendant.

_____/

NO. 3:10-CR-00156-SI

STIPULATION AND [PROPOSED] ORDER TO PERMIT TRAVEL

THE UNDERSIGNED PARTIES HEREBY STIPULATE AND AGREE that defendant JEANIE SEE CUSING be permitted to travel outside the Northern District of California to St. Thomas, U.S. Virgin Islands, from January 26, 2011 through January 30, 2011. Her husband won the trip to attend this business convention where he will be receiving an award. Pretrial Services Officer Joshua M. Libby advised that Jeanie Cusing has been in full compliance with her conditions of release and that he has no objection to the requested travel order. Jeanie Cusing agrees that prior to travel she must provide Pretrial Services with her itinerary.

/S/ JAMES BUSTAMANTE
JAMES BUSTAMANTE
Attorney for Defendant CUSING
Dated: January 6, 2011

/S/ KYLE F. WALDINGER
KYLE F. WALDINGER
Assistant U.S. Attorney
Dated: January 6, 2011

**IT IS SO ORDERED.**

Dated: 1/7/2011

BERNARD ZIMMERMAN
U.S. Magistrate Judge